No. 66902.—Louis Goldey & Co., Inc. v. United States, protest 59/29389 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of opal glass tiles or tiling the same as those the subject of Abstract 65376, the claim of the plaintiff was sustained.

No. 66903.—Agency Tile Supply Corp. v. United States, protest 60/220 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of opal glass tiles or tiling the same as those the subject of Abstract 65376, the claim of the plaintiff was sustained.

No. 66904.—Paul E. Sernau, Inc. v. United States, protests 61/2834 and 61/7557 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic back scratchers the same in all material respects as those the subject of *Ignaz Strauss & Co., Inc., et al.* v. *United States* (45 Cust. Ct. 161, C.D. 2218), the claim of the plaintiff was sustained.